# EXHIBIT A

ANNE BAKILANA

6564 FLAGMAKER CT

FALLS CHURCH, VA 22042

# NARRATIVE REPORT
# HUMAN TRAFFICKING
# (FLSA)

## REASON FOR INTERVIEW AND BACK WAGE CALCULATIONS

Per request of FBI to Regional Director of Enforcement, Mark Watson this case file was assigned to this WHI to interview and compute back wages under the FLSA and prevailing wages rate for Sophia S. Kiwanuka, a victim of domestic servitude under the Victims of Trafficking and Violence Protection Act of 2000 ("VTVPA") (see letters on top of case file).

Upon assignment, this WHI worked with FBI Special Agent, Greg Bristol and US Department of Justice Trial Attorney, Kayla Bakshi of the Civil Right Division in Washington D.C (see emails traffic on top of case file and additional documents provided by the FBI in exhibits. "D").

On November 13, 2009 the victim, Sophia S. Kiwanuka was interviewed at this Field Office in Arlington, VA. Present during the interview were Polaris Project- Policy Counsel, Kristin L. Fortin, Polaris Project- DC Case Manager, Victoria Hougham, and FulBright & Jaworski, Rabeha S. Kamaluddin (attorney representing victim, Sophia S. Kiwanuka- hereafter referred as the Victim- "V").

Per previous request from FBI Special Agent Greg Bristol, "V" 's statement was to reflect her job responsibilities from January 17, 2009 ( "V" arrived from Tanzania) until her last day of work on August 1, 2009. The "V" 's every day job responsibilities were to babysit for the two children of defendant, Anne Margreth Bakilana and her husband, co-defendant, Raymond D. Rwehumbiza.

The children:

1- Jonathan (approximately eight (8) month-old at the time) and

2- Joshua (five (5) year-old at the time).

Both children slept in "V" 's bedroom on an everyday basis.

"V" 's duties clearly indicated that she predominately spent at least 90% of her duties in babysitting services. According to FLSA Reg. 552.103 babysitting is a form of domestic service, therefore, are entitled to the same benefits under the Act as other domestic services employees. However, section 13(b)(21) of the Act provides an exemption from the Act's overtime requirements who reside in the household where employed meaning that **domestic service employees are entitled to minimum wage but are exempt from the overtime requirements** (see. Reg. 552.102).

1

Also, according to FLSA Reg. 785.22-23 employees who reside on the employer's premises may agree to exclude bona fide meals periods and a bona fide regularly scheduled sleeping period of not more than 8 hours from hours worked provided that the employee is provided with adequate sleeping facilities and uninterrupted sleep. "V" lacked both. According to photographs shown by the FBI the "V" was forced to sleep with both children in her bedroom. Joshua slept on a bunk bed while "V" and Jonathan slept on two mattresses on the floor. Also, the interview statement supports the evidence provided by the FBI that the reason both children slept in "V" 's bedroom was that it was expected from both parents or employers that "V" babysit the children at nighttime as it occurred on an everyday basis as of when Jonathan woke-up an average of five (5) times during the night only to be fed, burped and lulled back to sleep on a mattress next to the "V".

( See full description of "V" 's duties in exhibits. B-1).

**The FLSA Reg. 785.22 (b) states that, for enforcement purposes, the division has adopted the rule that if the employee cannot get at least 5 hours' sleep during the scheduled period the entire time is working time. Also, one must consider the element of limited movement or isolation that the "V" was subject to and how she was forced or coerced/threatened into involuntary servitude.**

Therefore, the back wage computations for this " V" followed the scheduled seven (7) days , 24 hours per day at the applicable federal minimum wage and the prevailing wage used by the Bureau of Labor Statistics for the Metropolitan area of Falls Church, VA excluding the $300.00 monthly pay from January 18, 2009 to August 1, 2009.

**Amount computed in FLSA MW was $29,312.40 and amount computed in prevailing wages at $9.20 per hour was $41,626.80 (see exhibits. A-1).**

According to the latest verbal information provided by FBI Special Agent, Greg Bristol employer Anne M. Bakilana pleaded guilty to all charges in federal court.

This c/a is to be closed with no further actions taken.

**WAGE & HOUR INVESTIGATOR
ARLINGTON, FIELD OFFICE, VA
JANUARY 29, 2010**

2

Kiwanuka, Sophia S.

| Wage Transcription and Computation Sheet | | | | | | | | | | | | U.S. Department of Labor |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Employment Standards Administration | |
| | | | | | | | | | | | | Wage and Hour Division | |
| | | | | | | | | | | | | Date | |
| Establishment/Employer | | | | | | | | | | | | 12/02/09 | |
| Anne Margreth Bakilana & Raymond D. Rwehumbiza | | | | | | | | | | | | Social Security No. | |
| Employee Name (Optional if sheets are named) | | | | | | | | | | | | | |
| Sophia S. Kiwanuka | | | | Address | | | | | | | City | State | Zip |
| Occupation | | | | | | | Date of Start | Term. Date | | | | | |
| Resident Child Care Worker | | | | | | | 01/18/09 | 08/01/09 | | | | | |

| Workweek Ending | Daily Hours Worked | | | | | | | Wkly HW | FLSA Rate | PW Rate | Amount Paid | FLSA BW Due | Prevail Wage BW Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | | | | | | |
| 08/01/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 7.25 | 9.20 | $ - | $ 1,218.00 | $ 1,545.60 |
| 07/25/09 | | | | | | 24.00 | 24.00 | 48.00 | 7.25 | 9.20 | $ - | $ 348.00 | $ 441.60 |
| 07/25/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | | | 120.00 | 6.55 | 9.20 | $ - | $ 786.00 | $ 1,104.00 |
| 07/18/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 07/11/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 07/04/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 300.00 | $ 800.40 | $ 1,245.60 |
| 06/27/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 06/20/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 06/13/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 06/06/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 300.00 | $ 800.40 | $ 1,245.60 |
| 05/30/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 05/23/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 05/16/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 05/09/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 05/02/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 300.00 | $ 800.40 | $ 1,245.60 |
| 04/25/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 04/18/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 04/11/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 04/04/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 300.00 | $ 800.40 | $ 1,245.60 |
| 03/28/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 03/21/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 03/14/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 03/07/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 300.00 | $ 800.40 | $ 1,245.60 |
| 02/28/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 02/21/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 02/14/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 02/07/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ 150.00 | $ 950.40 | $ 1,395.60 |
| 01/31/09 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 24.00 | 168.00 | 6.55 | 9.20 | $ - | $ 1,100.40 | $ 1,545.60 |
| 01/24/09 | | | | | | | | | | | | $ 29,312.40 | $ 41,626.80 |
| | | | | | | | | | | | | FLSA BW DUE | PWR BW DUE |

Form WH-55
Revised

A-___

Investigator: