# EXHIBIT B

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:10-cr-93 |
| ANNE MARGRETH BAKILANA | ) | |
| | ) | |
| Defendant | ) | |

FILED
IN OPEN COURT

MAR 29 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3/29/10

_____
Defendant's signature

_____
Signature of defendant's attorney

THOMAS C. CARTER
_____
Printed name of defendant's attorney

/s/ _____ 3/29/10
Leonie M. Brinkema
United States District Judge