IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA KIWANUKA,<br><br>        Plaintiff,<br><br>v.<br><br>ANNE MARGRETH BAKILANA and<br>RAYMOND D. RWEHUMBIZA,<br><br>        Defendants. | Case No. 1:10-cv-01336-RCL |

**Rule 26(f) Joint Report and Discovery Plan**

      Pursuant to Federal Rule of Civil Procedure 26(f), Local Civil Rule 16.3, and the Court's Order [23] of February 24, 2012, counsel for Plaintiff Sophia Kiwanuka and Defendants Anne Margreth Bakilana and Raymond D. Rwehumbiza conferred on March 2, 2012. The parties discussed a joint discovery plan and scheduling order, but did not reach agreement on all issues. The parties respectfully submit this Joint Report along with an accompanying proposed Order.

      (1)    The parties agree that this case should not be assigned to a magistrate judge except to resolve any discovery disputes.

      (2)    Plaintiff believes the issues in this case may be narrowed by a motion for partial summary judgment. The parties agree that motions for summary judgment may be filed at any time until forty-five (45) days after the close of all discovery.

      (3)    Plaintiff filed her Complaint [1] on August 9, 2010 and served her initial disclosures on the Defendants August 25, 2011. Plaintiff asks that Defendants be required to make their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) by March 19,

2012.  Defendants seek thirty (30) days from the Court's entry of a scheduling order to make their initial disclosures.

(4)  Defendants ask that their time to file an answer to Plaintiff's Complaint be extended to thirty (30) days from the Court's entry of a scheduling order.  Plaintiff opposes this request and asks that defendants be required to file their answer by March 19, 2012.

(5)  Plaintiff asks that Defendants be required to respond to her First Set of Interrogatories, served on August 25, 2011, by April 4, 2012.  Defendants seek sixty (60) days from the Court's entry of a scheduling order to respond.

(6)  Plaintiff asks that Defendants be required to respond to her First Request for Documents, served on August 25, 2011, by April 4, 2012.  Defendants seek sixty (60) days from the Court's entry of a scheduling order to respond.

(7)  The parties agree that any additional discovery requests forthcoming from either party and any responses thereto shall follow the rules and timing set forth in the Federal Rules of Civil Procedure.

(8)  Plaintiff requests a period of roughly four months to conduct factual discovery, with all non-expert discovery to be completed by June 29, 2012.  Defendants seek a longer period and ask that non-expert discovery run through July 15, 2012.

(9)  Plaintiff asks that all expert reports and information required under Federal Rule of Civil Procedure 26(a)(2)(D)(i) be exchanged by June 29, 2012.  Defendants seek a longer period and ask that such reports and information be exchanged by July 15, 2012.

(10)  The parties agree that expert discovery shall extend forty-five (45) days following the exchange of such expert reports and information.

(11)     The parties agree that a protective order may be appropriate, and that any party desiring a protective order will first attempt in good faith to reach agreement on a stipulated (proposed) protective order before filing a motion with the Court.

(12)     The parties agree tentatively that the pretrial conference should be scheduled for September 5, 2012, or at least sixty (60) days following the close of all discovery.

(13)     The parties agree that the Court should set a trial date at the pretrial conference.

Dated: March 5, 2012                                        Respectfully submitted,

By: /s/ Charles F. Chester                                  By: /s/ Michael W. Khoo
    Charles F. Chester (Fed. Bar No. 17445)          Michael W. Khoo (DC Bar No. 997796)
    51 Monroe Place, Suite 707                             Julie M. Carpenter (DC Bar No. 418768)
    Rockville, MD 20850                                         JENNER & BLOCK LLP
    (301) 294-2500                                                  1099 New York Ave., N.W., Suite 900
                                                                                  Washington, D.C. 20001
    *Counsel for Defendants*                                  (p) 202-639-6000
                                                                                  (f) 202-661-4909
                                                                                  mkhoo@jenner.com
                                                                                  jcarpenter@jenner.com

                                                                                  *Counsel for Plaintiff Sophia Kiwanuka*