IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOPHIA KIWANUKA,<br><br>Plaintiff,<br><br>v.<br><br>ANNE MARGRETH BAKILANA and<br>RAYMOND D. RWEHUMBIZA,<br><br>Defendants. | **FILED**<br>JUL 2 6 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia<br><br>Case No. 1:10-cv-01336 (RCL) |

### ORDER OF DISMISSAL WITH PREJUDICE

This cause coming to be heard on the joint request of the parties that this action be dismissed with prejudice, and the parties having entered into and filed with this Court a Stipulation of Dismissal With Prejudice pursuant to the parties' Settlement Agreement and Release, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims and with each party to bear its own costs and attorneys' fees.

SIGNED this 25th day of July, 2012.

ROYCE C. LAMBERTH
Chief United States District Judge